# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY J. MASI, | |
| Plaintiff, | NO. 3:18-CV-1277 |
| v. | (JUDGE CAPUTO) |
| DONNA NAT, *et al.*, | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 14th day of November, 2019, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 4) is **ADOPTED**.

(2) The federal law claims against Defendants Donna Nat, Robert Nat, and Tara O'Boyle are **DISMISSED as frivolous and with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). To the extent the Complaint sets forth any supplemental state law claims, those claims are dismissed without prejudice.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

_____
A. Richard Caputo
United States District Judge